**Kenneth J. KINCH, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 00–7121.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2002.

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed Motion for Remand to the United States Court of Appeals for Veterans Claims for further proceedings in light of this court's *en banc* decision in *Jaquay v. Principi,* 304 F.3d 1276 (Fed.Cir.2002),

IT IS ORDERED THAT:

moot.

The motion is granted. Each party will bear its own costs.